**FILED**

**LODGED**

OCT 15 2008

OCT 10 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| CONNIE MURRAY and WILSON MURRAY, <br><br> Plaintiffs, <br><br> vs. <br><br> THEODORE KACZYNSKI, and DOES I - X, inclusive, <br><br> Defendants. | CIV. NO.  S-96-1574 GEB/JFM |
| GILBERT E. MURRAY, <br><br> Plaintiff, <br><br> vs. <br><br> THEODORE KACZYNSKI, <br><br> Defendant. | CIV. NO. S-98-0606 GEB/JFM <br><br> **ORDER FOR RENEWAL OF JUDGMENT** |

The judgment of October 15, 1998, attached hereto as page 1-3, and each of them, is incorporated by reference. The judgment is renewed as of October 10, 2008.

Date: October 15, 2008                    _____

California Code of Civil Procedure Section 683.150(a)

1
2  **FILED**
3  OCT 1. 1998
4  CLERK, U.S. DISTRICT COURT
5  **LODGED**  EASTERN DISTRICT OF CALIFORNIA
   BY_____
          DEPUTY CLERK
6  OCT - 9 1998
7  CLERK, U.S. DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
8  BY_____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MURRAY and WILSON MURRAY, | CIV. NO. S-96-1574 GEB/JFM |
| Plaintiffs, | |
| vs. | |
| THEODORE KACZYNSKI, and DOES I - X, inclusive, | |
| Defendants. | |
| GILBERT E. MURRAY, | CIV. NO. S-98-0606 GEB/JFM |
| Plaintiff, | AGREEMENT AND CONSENT JUDGMENT |
| vs. | |
| THEODORE KACZYNSKI, | |
| Defendant. | |

<u>CONSENT JUDGMENT</u>

BASED ON THE AGREEMENT of the parties as evidenced by the signature of the parties and their attorneys below,

///

Agreement and Consent Judgment
Civ. No. S-96-1574 GEB/JEM
Civ. No. S-98-606 GEB/JEM            Page 1 of 3

IT IS THEREFORE ordered and adjudged that in exchange for the following agreement between the parties this Consent Judgment will be and is entered in favor of Plaintiffs and against Defendant as follows:

For Connie Murray, Civ. No. S-96-1574 GEB/JEM: $10,000,000.00;

For Wilson Murray, Civ No. S-96-1574 GEB/JEM: $ 5,000,000.00;

For Gilbert Murray, Civ No. S-98-606 GEB/JEM: $ 5,000,000.00;

All amounts are inclusive of cost, interest and attorneys fees.

## AGREEMENT

1. Subsequent debtor examinations of Theodore John Kaczynski, in writing only, will be limited to once every six months and will be limited to events occurring after May 4, 1998.

2. The parties and their attorneys acknowledge that this Consent Judgment is the result of a compromise and settlement of disputed claims, and shall never at any time, or for any purpose, be considered an admission of liability or responsibility on the part of defendant, Theodore John Kaczynski.

3. The plaintiffs agree that the terms of this Consent Judgment shall bind and be binding upon their heirs, personal representatives, spouses, executors, administrators and assigns.

4. This Consent Judgment shall not be discharged in bankruptcy.

IT IS SO ORDERED.

Date: October 13, 1998.

Honorable Garland E. Burrell, Jr.
United States District Judge

Agreement and Consent Judgment
Civ. No. S-96-1574 GEB/JEM
Civ. No. S-98-606 GEB/JEM          Page 2 of 3

APPROVED AS TO CONTENT AND FORM

Date: September 14, 1998

Connie Murray
Plaintiff

Date: September 18, 1998

Wilson Murray
Plaintiff

Date: September 14, 1998

Gilbert Murray
Plaintiff

Date: September 28, 1998.

Eugene C. Treaster, (Bar#33683)
Attorney for Plaintiffs

Date: July 31, 1998.

Theodore John Kaczynski
Defendant

Date: September 9, 1998

Speedy Rice (CA Bar# 127006)
Attorney for Defendant

Agreement and Consent Judgment
Civ. No. S-96-1574 GEB/JEM
Civ. No. S-98-606 GEB/JEM        Page 3 of 3